# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAVERN CHARLES FASTHORSE,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70667

FILED

SEP 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for extraordinary relief. The petition appears to be challenging the criminal charges pending in the Eighth Judicial District Court. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; NRS 34.020. Petitioner Lavern Charles Fasthorse is represented by counsel in the proceedings below and should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty


_____, J.
Pickering

cc:  Hon. Elissa Cadish, District Judge
     Lavern Charles Fasthorse
     Attorney General/Carson City
     Clark County District Attorney
     Clark County Public Defender's Office
     Eighth District Court Clerk

16-28841